IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br>Plaintiff,<br>v.<br>LOUIS ARTHUR CHAVIER, et al.,<br>Defendants. | Case No. 17-cv-07170-CRB<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Plaintiff Century Surety Company requests that this Court dismiss its complaint as to the remaining defendants in this case, Louis Arthur Chavier and S & S Towing & Trucking Service, LLC, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). Dkt. 48. The Court hereby GRANTS that request.

Thus, Plaintiff's action against Louis Arthur Chavier and S & S Towing & Trucking Service, LLC is DISMISSED WITHOUT PREJUDICE. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: July 8, 2019

_____
CHARLES R. BREYER
United States District Judge